No. 43251.—Protests 984079–G, etc., of Dan Brechner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of spring daggers the same as those involved in Abstract 37637. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 43252.—Protests 962879–G, etc., of Eclipse Import Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of spring daggers similar to those involved in Abstract 37637. They were therefore held dutiable at 45 percent under paragraph 397. Cigarette whistles in chief value of bamboo similar to those the subject of Abstract 39509 were held dutiable at 45 percent under paragraph 409.

No. 43253.—Protests 949217–G, etc., of B. Shackman & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) siren horns in chief value of metal similar to those passed upon in Abstract 39948 at 45 percent under paragraph 397; (2) place card ornaments or table favors in chief value of wood at 33⅓ percent under paragraph 412, Abstract 37444 followed; and (3) animals in chief value of fur the same as those the subject of Abstract 37444 at 50 percent under paragraph 1519 (e).

No. 43254.—Protests 928914–G, etc., of S. H. Kress & Co. (Seattle).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 41517 inflatable rubber animals were held dutiable at 25 percent under paragraph 1537 as claimed.

BEFORE THE FIRST DIVISION, FEBRUARY 23, 1940

No. 43255.—Protest 11291–K of Advance Solvents & Chemical Corp. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Mantle Lamp Co.* v. *United States* (T. D. 48927) carbonyl iron powder was held dutiable at three-fourths of 1 cent per pound under paragraph 335 as claimed.

No. 43256.—Protest 982452–G of Rieser Co. (New York).

Opinion by BROWN, J. On the record presented the protest was overruled.